**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-1787**

In Re:  YUL CARTER, a/k/a Scamp,

Petitioner.

On Petition for Writ of Mandamus.
(2:90-cr-00041-1)

Submitted:  December 16, 2010      Decided:  December 22, 2010

Before GREGORY, DUNCAN, and DAVIS, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Yul Carter, Petitioner Pro Se. Charles T. Miller, Assistant
United States Attorney, Charleston, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Yul Carter petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his motion to alter or amend judgment. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court denied the motion on July 1, 2010. Accordingly, because the district court has recently decided Carter's case, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>PETITION DENIED</u>